failure to prosecute in accordance with the rules.

Christine M. WONSOCK, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

Office of Personnel Management, intervenor.

No. 2008–3193.

United States Court of Appeals, Federal Circuit.

May 20, 2008.

Christine M. Wonsock, Vero Beach, FL, pro se.

Sara B. Rearden, Merit Systems Protection Board, Washington, DC, for Respondent.

J. Reid Prouty, Department of Justice, Washington, DC, for intervenor.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Keith Russell JUDD, Plaintiff– Appellant,

v.

Bill RICHARDSON, Governor of the State of New Mexico, Attorney General, and Francisco J. Quintana, Warden of Beaumont—Low, Defendants–Appellees.

No. 2008–1362.

United States Court of Appeals, Federal Circuit.

May 20, 2008.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.